B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Houston Tanglewood Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5430092** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**203 N. LaSalle Street, Suite 2100**<br>**Chicago, IL**<br>ZIP Code **60603** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Houston Tanglewood Partners, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:   **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Houston Tanglewood Partners, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas** _____
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

_____
Address

Email: mlgesas@arnstein.com
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**September  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Russell E. Mackert** _____
Signature of Authorized Individual

**Russell E. Mackert**
Printed Name of Authorized Individual

**Manager of Shepherd Capital Management, LLC**
Title of Authorized Individual

**September  2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Houston Tanglewood Partners, LLC**_____,    Case No. _____
Debtor

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

Name of Debtor / District                    Case No. / Relationship        Date Filed / Judge

**Life Fund 5.1, LLC**                       **09-32672**                   **09/02/09**
**Northern**                                 **Affiliate**                  **A. Benjamin Goldgar**

**See list of affiliated debtors attached hereto**

## AFFILIATED DEBTORS
### Cases Filed September 1, 2009

A&O Life Fund, LLC (20-5853712)

A&O Bonded Life Assets, LLC (20-5853863)

A&O Bonded Life Settlements, LLC (20-5853772)

Life Fund 5.1, LLC (20-8477081)

Life Fund 5.2, LLC (20-8401820)

Houston Tanglewood Partners, LLC (20-5430092)

A&O Resource Management, Ltd. (11-3734248)

B6E (Official Form 6E) (12/07)

.

In re    **Houston Tanglewood Partners, LLC**                                    Case No. _____
                                                            ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    ___1___  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC** ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph - Level 7-425 Chicago, IL 60606** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service District Director P.O. Box 745 Chicago, IL 60690** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | 217-782-2256/782-8876 fax 312-793-3384/793-1202 fax | | | | | | |
| **Secretary of State Securities Dept. Jefferson Terrace, Suite 300 A 300 W Jefferson St Springfield, IL 62702** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| **Securities and Exchange Commission** | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | 512-305-8300/305-8310 fax 713-426-0336/426-6965 fax | | | | | | |
| **Texas State Securities Board-Austin 208 E 10th St, 5th Fl, Rusk Bldg Austin, TX 78701** | - | | | | | | Unknown | Unknown | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total | 0.00 | 0.00 |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Houston Tanglewood Partners, LLC** Case No. _____
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Investment | | | | |
| Allen, Clifton 5927 DeMoss Dr. Houston, TX 77081 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Andrews, Frank 9607 Cliffwood Houston, TX 77096 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Banse, Gary J. 17171 Park Row, Suite 365 Houston, TX 77084 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Barker, Lee I. 3215 Calle Quieto San Clemente, CA 92672 | | - | | | | | | | Unknown |
| __33__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:27036-090414 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Barone, Antonio and Maria 150 Lafayette Place Woodmere, NY 11598 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Bennett, Christine 529 Waggoner Dr. Arlington, TX 76013 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Bennett, John Mark 901 W. Weatherbee Rd. Ft. Pierce, FL 34982 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Bennett, Sherryll R. 19818 Powers Court Dr. Humble, TX 77346 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Bennett, Wallace 529 Waggoner Dr. Arlington, TX 76013 | | - | | | | | | Unknown |

Sheet no. __1__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Houston Tanglewood Partners, LLC**                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Bertlshofer, Carol 2474 Napoli Ave. Costa Mesa, CA 92627 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Blanco, Gail 24996 Oxford Dr. Laguna Niguel, CA 92673 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Blanco, Gail 24996 Oxford Dr. Laguna Niguel, CA 92673 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Bloecher, Shirley A. 16414 Royal Mile Houston, TX 77084 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Blum, Noel C. P.O. Box 540609 Grand Prairie, TX 75054 | | - | | | | | Unknown |

Sheet no. __2__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| **Bork, Seth Michael 3077 NE Orchid Drive Bellevue, NE 68123** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Bramm, Alvina P. 1260 Meadow Ln. Neenah, WI 54956** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Brooks, Mark E. 10614 Deval Cypress, TX 77429** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Bryant, Bonnie E. 951 Armour Rd. Oconomowoc, WI 53066** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Burgess, John P.O. Box 621880 Littleton, CO 80162** | - | | | | | | | **Unknown** |

Sheet no. __3__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Cameron, Mabel S. 5639 McCormick Houston, TX 77023 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Chin, Sherman G. 50 Bayard Street New York, NY 10013 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Cleveland, William C. 812-0 Ronda Mendoza Laguna Woods, CA 92637 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Coe, James 9851 Bolsa Avenue Westminster, CA 92683 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Coe, James S. 9851 Bolsa Avenue Westminster, CA 92683 | - | | | | | | Unknown |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Houston Tanglewood Partners, LLC**                               Case No. _____
                                            ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Collins, William & Debra 6203 Heatherbloom Dr. Houston, TX 77085 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Combs, Alton Leroy 407 Rhode Island Ave Elizabeth, NC 27909 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Cordell, Kenneth R. 9550 Ella Lee Lane 3108 Houston, TX 77063 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Cox, Linda M. 15827 Mesa Gardens Dr. Houston, TX 77095 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Crandall, Cynthia 4414 Wentworth Avenue S. Minneapolis, MN 55419 | - | | | | | | | Unknown |

Sheet no. __5__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Houston Tanglewood Partners, LLC** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Danielowicz, David 1913B Nantuckett Houston, TX 77057 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Dennis, James B. 14 Woodlot Ct. Woodlands, TX 77380 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Donald P and Terry L Schroeder JTWROS 807 Rosine Houston, TX 77019 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Donna R & Michael J McMackin JTWROS 2310 S. Conklin Rd. Veradale, WA 99037 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Duncan, Jack R. / Jack L. 6469 Bordeaux Ave. Dallas, TX 75209 | | - | | | | | | | Unknown |

Sheet no. __6__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Duncan, Sue S.**<br>**6351 Porterway**<br>**Houston, TX 77084** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Dyerly, Linda R.**<br>**20306 Fern Pine Ct.**<br>**Katy, TX 77449** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Entrust Group**<br>**Entrust Retirement Services, Inc.**<br>**17171 Park Row, Suite 100**<br>**Houston, TX 77084** | - | | **2 quarters due - $195/quarter per qualified account investor**<br>**($390 per investor x 80 investors)** | | | | **15,600.00** |
| Account No.<br><br>**Erickson, Lloyd D.**<br>**S3039 Enterprise Rd.**<br>**Viroqua, WI 54665** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Fernandez, Isidro J.**<br>**4109 Palmira Avenue**<br>**Tampa, FL 33679** | - | | Investment | | | | Unknown |

Sheet no. __7__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,600.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                                           ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| **Fetter Family Trust, Gerald 1405 State Route 598 Galion, OH 44833** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Finger, Lawrence B. 5651 Yarwell Houston, TX 77096** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Foster, Margaret E. 12903 E. Spraque Ave.  #13 Spokane Valley, WA 99216** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Foulis, Robert F. 773 CR439 Laward, TX 77970** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Frank, Kenneth P. Jr. 12910 Silent Shore Ln. Houston, TX 77041** | - | | | | | | | **Unknown** |

Sheet no. __8__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                                    Case No. _____
                                                                         ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Frankie C. Penland 1991 Trust 221 Crystal Court Heath, TX 75032 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Frost, Dixie M. 181 N. Southwind Trail Cleveland, TX 77328 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Fusco, Jo Anne 695 63rd St. Downers Grove, IL 60516 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Garcia, Gloria F & Gumersindo Y 23591 Karen Ann Circle Laguna Niguel, CA 92677 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Gawlowski, Mary 15 Lancaster Rd. Colonia, NJ 07067 | - | | | | | | | | Unknown |

Sheet no. __9__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Gerdes, Adolph 8823 Tanager St. Houston, TX 77036 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Gerdes, Adolph & Joetta 8823 Tanager St. Houston, TX 77036 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Gerlach, James 1101 E. 6th St. Fowler, IN 47944 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Gibson, Evelyn L. 2309 Bristol Bryan, TX 77802 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Giger, Charles C. 265 Claremont Avenue Elmhurst, IL 60126 | - | | | | | | | | Unknown |

Sheet no. __**10**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Giger, Charles C. 265 Claremont Avenue Elmhurst, IL 60126 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Giger, Charles C. 265 Claremont Avenue Elmhurst, IL 60126 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Givan, Barbara E. 3517A Ivy Hill Circle S. Cortland, OH 44410 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Gollier, Harry 27239 Isabella Warsaw, MO 65355 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Gollier, Harry & Cynthia 17207 Rolling Creek Houston, TX 77090 | | - | | | | | Unknown |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Houston Tanglewood Partners, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Gooch Charitable Remainder 10916 Grand Haven Ave.. Las Vegas, NV 89134 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Gooch Living Trust 10916 Grand Haven Ave.. Las Vegas, NV 89134 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Gray, Rita M. 15702 Hickory Ln. Oak Forest, IL 60452 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Gray, Samuel L. 3554 Frawood Dr. Uniontown, OH 44685 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Gustavsson, William A. 4 Robin Lane Kings Park, NY 11754 | - | | | | | | | Unknown |

Sheet no. __12__ of __33__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hammerl, Diane K.**<br>**3190 Banbury Lane**<br>**Lake in the Hills, IL 60156** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Hattabaugh, Cary W.**<br>**800 Ranch Rd.**<br>**Boise, ID 83702** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Hellekson, Edward D.**<br>**3782 Greensboro Dr.**<br>**Eagan, MN 55123** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Henke, Richard**<br>**1714 S. Blake Dr.**<br>**Spokane Valley, WA 99216** | - | | Investment | | | | Unknown |
| Account No.<br><br>**Hill, Carl**<br>**209 Glen Abbey Dr.**<br>**Cary, NC 27513** | - | | Investment | | | | Unknown |

Sheet no. __13__ of __33__ sheets attached to Schedule of                                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Hilleboe, Eric 5227 Grapevine Dr. W. Lafayette, IN 47906 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Hilleboe, Eric 5227 Grapevine Dr. W. Lafayette, IN 47906 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Hoang, Lien T. 15223 Garrett Green Cir Houston, TX 77095 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Hodell, Hans 1101 Lonestar Dr. New Braunfels, TX 78130 | - | | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Johnson, Farida 2417 W. Main Houston, TX 77098 | - | | | | | | | | Unknown |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC**                                    ,      Case No. _____
                                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Johnson, Grace 8304 Knight Rd. Cottage 6 Houston, TX 77054 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Johnson, Gregory C. 1034 Alexander Houston, TX 77008 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Johnson, Gregory C. 1034 Alexander Houston, TX 77008 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Kathleen Hassett and Cynthia Foulis JTWR 773 CR439 Laward, TX 77970 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Klein, Richard C. 647 W. Kimball Palatine, IL 60067 | | - | | | | | | | Unknown |

Sheet no. **15** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Houston Tanglewood Partners, LLC**                                    , Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Kochsiek, Judith 6937 Sherwood Rd Woodbury, MN 55125 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Krueger, Daniel G. 1304 Pine Valley Lane Fremont, WI 54940 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Lamar, Eddie C. 18803 Buffalo River Way Houston, TX 77084 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Landrians, Frank 18 Vanderbilt Drive Highland Mills, NY 10930 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Lange, Gary L. 2203 Country Knoll Elgin, IL 60123 | | - | | | | | | Unknown |

Sheet no. __16__ of __33__ sheets attached to Schedule of                                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)            0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Houston Tanglewood Partners, LLC** _____ ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Lau, Howard Tat Fai 1502 Darnley Lane Houston, TX 77077 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Launer, Randall 7707 Hudson Oaks Dr. Houston, TX 77095 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Lisa R & Brian Rosen JTWROS 49 Brian Hollow Houston, TX 77027 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Luttrell, Lila 667 Springfield Ventura, CA 93004 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Martini, Diane E. 12701 West Avenue Apt. 2113 San Antonio, TX 78216 | - | | | | | | | Unknown |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC**                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| McDowell, Charles G. 1313 Riverton Way Chesapeake, VA 23322 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| McGrow, Michael A. 10415 Gold Points Dr. Houston, TX 77064 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Misch, Henrietta B. 5002 S. 33rd St. LaCross, WI 54601 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Molinari, Rosemary A. 7724 Fairlake Dr. Wake Forest, NC 27587 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Morella, Chalet B. 13206 Regency Oak Lane Cypress, TX 77429 | | - | | | | | | | Unknown |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Houston Tanglewood Partners, LLC**                          ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Morello, Sue A.** **2503 Pine Village** **Houston, TX 77080** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Motiff, Jan** **723 Chantilly Rue** **Green Bay, WI 54301** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Muenster, Joseph D.** **15514 Mauna Loa Ln** **Houston, TX 77040** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Murray, Lorraine A.** **11502 W 99th Place** **Overland Park, KS 66214** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Musselwhite, Herbert** **4247 Lynch Rd.** **Cleveland, TX 77327** | | - | | | | | **Unknown** |

Sheet no. __19__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC**                                    ,         Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Nelson, Eva M. 1754 Whitcomb Des Plaines, IL 60118 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Nystrom, David 4944 Woodway Apt1 Houston, TX 77056 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| O'Toole, Brian 46 Chapital San Clemente, CA 92672 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Ormondroyd, Harold 45 17th St. Hermosa Beach, CA 90254 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Osborne, Sharon 7534 Jackwood Houston, TX 77074 | | - | | | | | | | Unknown |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Houston Tanglewood Partners, LLC**                                    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Page, Patricia M. 4917 Cupine Ct. Raleigh, NC 27604 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Pascal, Vincent Dan 3400 Travis St. Houston, TX 77002 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Perkovich, Dr. Brian 1534 Navajo Ct. Green Bay, WI 54313 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Peterson, Darlene H. 1515 S. Walnut Road Spokane Valley, WA 99206 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Piche, Don B. 11507 Clara Barton Drive Fairfax Station, VA 22039 | | - | | | | | | Unknown |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                              ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Piche, Sharyn E. 1307 Hopkins Park Dr. Houston, TX 77094 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Pickell, Julie A. 9110 Kapri Ln Houston, TX 77096 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Pittman, Elizabeth A. 12755 Avocado Riverside, CA 92503 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Pittman, Elizabeth A. 12755 Avocado Riverside, CA 92503 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Postma, Ursula L. 2202 N. Western Ave Park Ridge, IL 60068 | | - | | | | | Unknown |

Sheet no. __22__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                                        ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Proctor, Nick H.** **53 N. Parkview Dr.** **Appleton, WI 54913** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Richard C & Nancy B Klein JTWROS** **647 W. Kimball** **Palatine, IL 60067** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ripley, Douglas A.** **6459 Creekbend** **Houston, TX 77096** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Robert L & Freddie G Johnson** **JTWROS** **8911 Parkhill Forest** **Houston, TX 77088** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Robicheaux, Ron** **5610 Wigton** **Houston, TX 77096** | | - | | | | | **Unknown** |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Houston Tanglewood Partners, LLC**                                        Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investment | | | | |
| Rowan, James M. 214 James Drive Heath, TX 75032 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Russ, Jerald B. 143 Calle Cuvervo San Clemente, CA 92672 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Russ, Jerald B. 143 Calle Cuvervo San Clemente, CA 92672 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Russell, Evelyn W. 301 Westwood Dr. Freindswood, TX 77546 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Russo, Joanne M. 8558 Rosano Circle Myrtle Beach, SC 29579 | | - | | | | | | Unknown |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Houston Tanglewood Partners, LLC**                                    ,     Case No. _____
                                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Investment | | | | |
| Rybarzyk, Mary I 634 Driftwood Romeoville, IL 60446 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Sadeghi, Ashraf 3514 Plymouth Point Missouri City, TX 77459 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Samuel L and Helen F Gray Trust 3554 Frawood Dr. Uniontown, OH 44685 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Sandra, Joseph, Rica and Rosen Penn JTWR 49 Brian Hollow Houston, TX 77027 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Sasso, Deborah C. Johnson- 5426 S. Everett Way Littleton, CO 80123 | - | | | | | | | Unknown |

Sheet no. __25__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Houston Tanglewood Partners, LLC**                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investment | | | | |
| **Sasso, Steven E.** **5426 S. Everett Way** **Littleton, CO 80123** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Savall, Keith W.** **710 Bartholomew** **Medical Lake, WA 99022** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Savana, John C & Lourdes S** **13402 Bradbridge Lane** **Houston, TX 77082** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Savana, Lourdes** **13402 Bradbridge Lane** **Houston, TX 77082** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Schoenberger, Harold D.** **N7274 Farwell Rd.** **Beaver Dam, WI 53916** | - | | | | | | | **Unknown** |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Houston Tanglewood Partners, LLC** _____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Investment | | | | |
| Seeger, Amy<br>103 Poolside  Dr.<br>Waco, TX 76705 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Seeger, George Edmond<br>103 Poolside  Dr.<br>Waco, TX 76705 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Seeger, Walter<br>601 Topeka Dr.<br>Waco, TX 76712 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Simmons, Kil Ye<br>2213 Renfrew Ct.<br>San Jose, CA 95131 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Smith, Dorothy A.<br>318 N. Lind<br>Hillside, IL 60162 | | - | | | | | | | Unknown |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Houston Tanglewood Partners, LLC** _____,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Smith, Dorothy A.**<br>**318 N. Lind**<br>**Hillside, IL 60162** | | - | Investment | | | | Unknown |
| Account No.<br><br>**Smith, Margo K.**<br>**1138 Woodwind Trail**<br>**Haslett, MI 48840** | | - | Investment | | | | Unknown |
| Account No.<br><br>**Spalding, John E and Laura H**<br>**910 Travis Suite 1700**<br>**Houston, TX 77002** | | - | Investment | | | | Unknown |
| Account No.<br><br>**Spalding, John E and Laura H**<br>**910 Travis Suite 1700**<br>**Houston, TX 77002** | | - | Investment | | | | Unknown |
| Account No.<br><br>**Spalding, John E and Laura H**<br>**910 Travis Suite 1700**<br>**Houston, TX 77002** | | - | Investment | | | | Unknown |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Houston Tanglewood Partners, LLC**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Spalding, John E and Laura H** **910 Travis Suite 1700** **Houston, TX 77002** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **St. George, Lucy** **15 Ivy Court** **Jones Creek, TX 77541** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Stoughton, Donald A.** **3207 W. Jennings Rd.** **Cheney, WA 99004** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Strunk, Elizabeth M.** **23027 Vallingby** **Katy, TX 77450** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Stubenrauch, Patricia** **103 Lochinvar Ct.** **Cary, NC 27511** | | - | | | | | **Unknown** |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| The McKellom Revocable Marital Trust (Co 17202 North Bridge Ct. Spring, TX 77379 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Tinerella, John P. 17369 FM 1774 Plantersville, TX 77363 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Touchy, Carol A. 3702 Dumbarton Houston, TX 77025 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Truitt, Bryant David P.O. Box 530 Hunt, TX 78024 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Utter, Maxine S. 913 W. 2nd Newport, WA 99156 | - | | | | | | | Unknown |

Sheet no. __30__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Vancil, Denise**<br>**118 Gorham Court**<br>**North Aurora, IL 60542** | - | | | | Investment | | | | Unknown |
| Account No.<br><br>**Vandenbush, Carroll A & Angeline C**<br>**405 E. Briar Ln.**<br>**Green Bay, WI 54301** | - | | | | Investment | | | | Unknown |
| Account No.<br><br>**Wagner, Nathan**<br>**611 Ashe Avenue**<br>**Cary, NC 27511** | - | | | | Investment | | | | Unknown |
| Account No.<br><br>**Wagner, William J.**<br>**21 N. Locust St.**<br>**Aurora, IL 60506** | - | | | | Investment | | | | Unknown |
| Account No.<br><br>**Wagner, William J.**<br>**21 N. Locust St.**<br>**Aurora, IL 60506** | - | | | | Investment | | | | Unknown |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Houston Tanglewood Partners, LLC**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investment | | | | |
| **Walter & Sandra Rosen, JTWROS** **49 Brian Hollow** **Houston, TX 77027** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Westrick, Robert J.** **323 N. Shore Dr.** **Lake Waakomis, MS 64151** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Windsor, Thomas D.** **4804 Beech** **Bellaire, TX 77401** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Wishart Living Trust Dated June 15, 2004** **488 Riverdale Dr.** **Oneida, WI 54155** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Withrow, Stanley H.** **P.O. Box 180133** **Delafield, WI 53018** | - | | | | | | | **Unknown** |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Houston Tanglewood Partners, LLC**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Woodward, Julia B. P.O. Box 185 Casper, WY 82602 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Woodward, Julia B. P.O. Box 185 Casper, WY 82602 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Wright, Dorothy 16802 Burwood Way Houston, TX 77058 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Zacherle, Christine J. 6118 N. Washington Spokane, WA 99205 | | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __33__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
| | Total (Report on Summary of Schedules) | **15,600.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Houston Tanglewood Partners, LLC**                                     Case No.

                                                        Debtor(s)           Chapter    **11**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


        I, the Manager of Shepherd Capital Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __45__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **September  2, 2009**                       Signature    **/s/ Russell E. Mackert**

                                                                **Russell E. Mackert**
                                                                **Manager of Shepherd Capital Management, LLC**


*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Houston Tanglewood Partners, LLC** _____    Case No. _____

Debtor(s)                          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                      **162**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September  2, 2009** _____    **/s/ Russell E. Mackert**
**Russell E. Mackert/Manager of Shepherd Capital Management, LLC**
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Allen, Clifton
5927 DeMoss Dr.
Houston, TX 77081


Andrews, Frank
9607 Cliffwood
Houston, TX 77096


Banse, Gary J.
17171 Park Row, Suite 365
Houston, TX 77084


Barker, Lee I.
3215 Calle Quieto
San Clemente, CA 92672


Barone, Antonio and Maria
150 Lafayette Place
Woodmere, NY 11598


Bennett, Christine
529 Waggoner Dr.
Arlington, TX 76013


Bennett, John Mark
901 W. Weatherbee Rd.
Ft. Pierce, FL 34982


Bennett, Sherryll R.
19818 Powers Court Dr.
Humble, TX 77346


Bennett, Wallace
529 Waggoner Dr.
Arlington, TX 76013


Bertlshofer, Carol
2474 Napoli Ave.
Costa Mesa, CA 92627


Blanco, Gail
24996 Oxford Dr.
Laguna Niguel, CA 92673

Bloecher, Shirley A.
16414 Royal Mile
Houston, TX 77084

Blum, Noel C.
P.O. Box 540609
Grand Prairie, TX 75054

Bork, Seth Michael
3077 NE Orchid Drive
Bellevue, NE 68123

Bramm, Alvina P.
1260 Meadow Ln.
Neenah, WI 54956

Brooks, Mark E.
10614 Deval
Cypress, TX 77429

Bryant, Bonnie E.
951 Armour Rd.
Oconomowoc, WI 53066

Burgess, John
P.O. Box 621880
Littleton, CO 80162

Cameron, Mabel S.
5639 McCormick
Houston, TX 77023

Chin, Sherman G.
50 Bayard Street
New York, NY 10013

Cleveland, William C.
812-0 Ronda Mendoza
Laguna Woods, CA 92637

Coe, James
9851 Bolsa Avenue
Westminster, CA 92683

Coe, James S.
9851 Bolsa Avenue
Westminster, CA 92683


Collins, William & Debra
6203 Heatherbloom Dr.
Houston, TX 77085


Combs, Alton Leroy
407 Rhode Island Ave
Elizabeth, NC 27909


Cordell, Kenneth R.
9550 Ella Lee Lane 3108
Houston, TX 77063


Cox, Linda M.
15827 Mesa Gardens Dr.
Houston, TX 77095


Crandall, Cynthia
4414 Wentworth Avenue S.
Minneapolis, MN 55419


Danielowicz, David
1913B Nantuckett
Houston, TX 77057


Dennis, James B.
14 Woodlot Ct.
Woodlands, TX 77380


Donald P and Terry L Schroeder JTWROS
807 Rosine
Houston, TX 77019


Donna R & Michael J McMackin JTWROS
2310 S. Conklin Rd.
Veradale, WA 99037


Duncan, Jack R. / Jack L.
6469 Bordeaux Ave.
Dallas, TX 75209

Duncan, Sue S.
6351 Porterway
Houston, TX 77084


Dyerly, Linda R.
20306 Fern Pine Ct.
Katy, TX 77449


Entrust Group
Entrust Retirement Services, Inc.
17171 Park Row, Suite 100
Houston, TX 77084


Erickson, Lloyd D.
S3039 Enterprise Rd.
Viroqua, WI 54665


Fernandez, Isidro J.
4109 Palmira Avenue
Tampa, FL 33679


Fetter Family Trust, Gerald
1405 State Route 598
Galion, OH 44833


Finger, Lawrence B.
5651 Yarwell
Houston, TX 77096


Foster, Margaret E.
12903 E. Spraque Ave. #13
Spokane Valley, WA 99216


Foulis, Robert F.
773 CR439
Laward, TX 77970


Frank, Kenneth P. Jr.
12910 Silent Shore Ln.
Houston, TX 77041


Frankie C. Penland 1991 Trust
221 Crystal Court
Heath, TX 75032

Frost, Dixie M.
181 N. Southwind Trail
Cleveland, TX 77328


Fusco, Jo Anne
695 63rd St.
Downers Grove, IL 60516


Garcia, Gloria F & Gumersindo Y
23591 Karen Ann Circle
Laguna Niguel, CA 92677


Gawlowski, Mary
15 Lancaster Rd.
Colonia, NJ 07067


Gerdes, Adolph
8823 Tanager St.
Houston, TX 77036


Gerdes, Adolph & Joetta
8823 Tanager St.
Houston, TX 77036


Gerlach, James
1101 E. 6th St.
Fowler, IN 47944


Gibson, Evelyn L.
2309 Bristol
Bryan, TX 77802


Giger, Charles C.
265 Claremont Avenue
Elmhurst, IL 60126


Givan, Barbara E.
3517A Ivy Hill Circle S.
Cortland, OH 44410


Gollier, Harry
27239 Isabella
Warsaw, MO 65355

Gollier, Harry & Cynthia
17207 Rolling Creek
Houston, TX 77090


Gooch Charitable Remainder
10916 Grand Haven Ave..
Las Vegas, NV 89134


Gooch Living Trust
10916 Grand Haven Ave..
Las Vegas, NV 89134


Gray, Rita M.
15702 Hickory Ln.
Oak Forest, IL 60452


Gray, Samuel L.
3554 Frawood Dr.
Uniontown, OH 44685


Gustavsson, William A.
4 Robin Lane
Kings Park, NY 11754


Hammerl, Diane K.
3190 Banbury Lane
Lake in the Hills, IL 60156


Hattabaugh, Cary W.
800 Ranch Rd.
Boise, ID 83702


Hellekson, Edward D.
3782 Greensboro Dr.
Eagan, MN 55123


Henke, Richard
1714 S. Blake Dr.
Spokane Valley, WA 99216


Hill, Carl
209 Glen Abbey Dr.
Cary, NC 27513

Hilleboe, Eric
5227 Grapevine Dr.
W. Lafayette, IN 47906


Hoang, Lien T.
15223 Garrett Green Cir
Houston, TX 77095


Hodell, Hans
1101 Lonestar Dr.
New Braunfels, TX 78130


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph - Level 7-425
Chicago, IL 60606


Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690


Johnson, Farida
2417 W. Main
Houston, TX 77098


Johnson, Grace
8304 Knight Rd. Cottage 6
Houston, TX 77054


Johnson, Gregory C.
1034 Alexander
Houston, TX 77008


Kathleen Hassett and Cynthia Foulis JTWR
773 CR439
Laward, TX 77970


Klein, Richard C.
647 W. Kimball
Palatine, IL 60067


Kochsiek, Judith
6937 Sherwood Rd
Woodbury, MN 55125

Krueger, Daniel G.
1304 Pine Valley Lane
Fremont, WI 54940


Lamar, Eddie C.
18803 Buffalo River Way
Houston, TX 77084


Landrians, Frank
18 Vanderbilt Drive
Highland Mills, NY 10930


Lange, Gary L.
2203 Country Knoll
Elgin, IL 60123


Lau, Howard Tat Fai
1502 Darnley Lane
Houston, TX 77077


Launer, Randall
7707 Hudson Oaks Dr.
Houston, TX 77095


Lisa R & Brian Rosen JTWROS
49 Brian Hollow
Houston, TX 77027


Luttrell, Lila
667 Springfield
Ventura, CA 93004


Martini, Diane E.
12701 West Avenue Apt. 2113
San Antonio, TX 78216


McDowell, Charles G.
1313 Riverton Way
Chesapeake, VA 23322


McGrow, Michael A.
10415 Gold Points Dr.
Houston, TX 77064

Misch, Henrietta B.
5002 S. 33rd St.
LaCross, WI 54601


Molinari, Rosemary A.
7724 Fairlake Dr.
Wake Forest, NC 27587


Morella, Chalet B.
13206 Regency Oak Lane
Cypress, TX 77429


Morello, Sue A.
2503 Pine Village
Houston, TX 77080


Motiff, Jan
723 Chantilly Rue
Green Bay, WI 54301


Muenster, Joseph D.
15514 Mauna Loa Ln
Houston, TX 77040


Murray, Lorraine A.
11502 W 99th Place
Overland Park, KS 66214


Musselwhite, Herbert
4247 Lynch Rd.
Cleveland, TX 77327


Nelson, Eva M.
1754 Whitcomb
Des Plaines, IL 60118


Nystrom, David
4944 Woodway Apt1
Houston, TX 77056


O'Toole, Brian
46 Chapital
San Clemente, CA 92672

Ormondroyd, Harold
45 17th St.
Hermosa Beach, CA 90254


Osborne, Sharon
7534 Jackwood
Houston, TX 77074


Page, Patricia M.
4917 Cupine Ct.
Raleigh, NC 27604


Pascal, Vincent Dan
3400 Travis St.
Houston, TX 77002


Perkovich, Dr. Brian
1534 Navajo Ct.
Green Bay, WI 54313


Peterson, Darlene H.
1515 S. Walnut Road
Spokane Valley, WA 99206


Piche, Don B.
11507 Clara Barton Drive
Fairfax Station, VA 22039


Piche, Sharyn E.
1307 Hopkins Park Dr.
Houston, TX 77094


Pickell, Julie A.
9110 Kapri Ln
Houston, TX 77096


Pittman, Elizabeth A.
12755 Avocado
Riverside, CA 92503


Postma, Ursula L.
2202 N. Western Ave
Park Ridge, IL 60068

Proctor, Nick H.
53 N. Parkview Dr.
Appleton, WI 54913

Richard C & Nancy B Klein JTWROS
647 W. Kimball
Palatine, IL 60067

Ripley, Douglas A.
6459 Creekbend
Houston, TX 77096

Robert L & Freddie G Johnson JTWROS
8911 Parkhill Forest
Houston, TX 77088

Robicheaux, Ron
5610 Wigton
Houston, TX 77096

Rowan, James M.
214 James Drive
Heath, TX 75032

Russ, Jerald B.
143 Calle Cuvervo
San Clemente, CA 92672

Russell, Evelyn W.
301 Westwood Dr.
Freindswood, TX 77546

Russo, Joanne M.
8558 Rosano Circle
Myrtle Beach, SC 29579

Rybarzyk, Mary I
634 Driftwood
Romeoville, IL 60446

Sadeghi, Ashraf
3514 Plymouth Point
Missouri City, TX 77459

Samuel L and Helen F Gray Trust
3554 Frawood Dr.
Uniontown, OH 44685


Sandra, Joseph, Rica and Rosen Penn JTWR
49 Brian Hollow
Houston, TX 77027


Sasso, Deborah C. Johnson-
5426 S. Everett Way
Littleton, CO 80123


Sasso, Steven E.
5426 S. Everett Way
Littleton, CO 80123


Savall, Keith W.
710 Bartholomew
Medical Lake, WA 99022


Savana, John C & Lourdes S
13402 Bradbridge Lane
Houston, TX 77082


Savana, Lourdes
13402 Bradbridge Lane
Houston, TX 77082


Schoenberger, Harold D.
N7274 Farwell Rd.
Beaver Dam, WI 53916


Secretary of State Securities Dept.
Jefferson Terrace, Suite 300 A
300 W Jefferson St
Springfield, IL 62702


Secretary of State Securities Dept.
Chicago Division
69 W Washington St, Suite 1220
Chicago, IL 60602


Securities and Exchange Commission

Seeger, Amy
103 Poolside Dr.
Waco, TX 76705


Seeger, George Edmond
103 Poolside Dr.
Waco, TX 76705


Seeger, Walter
601 Topeka Dr.
Waco, TX 76712


Simmons, Kil Ye
2213 Renfrew Ct.
San Jose, CA 95131


Smith, Dorothy A.
318 N. Lind
Hillside, IL 60162


Smith, Margo K.
1138 Woodwind Trail
Haslett, MI 48840


Spalding, John E and Laura H
910 Travis Suite 1700
Houston, TX 77002


St. George, Lucy
15 Ivy Court
Jones Creek, TX 77541


Stoughton, Donald A.
3207 W. Jennings Rd.
Cheney, WA 99004


Strunk, Elizabeth M.
23027 Vallingby
Katy, TX 77450


Stubenrauch, Patricia
103 Lochinvar Ct.
Cary, NC 27511

Texas State Securities Board
Houston Division
1919 N Loop West, Suite 300
Houston, TX 77008


Texas State Securities Board-Austin
208 E 10th St, 5th Fl, Rusk Bldg
Austin, TX 78701


The McKellom Revocable Marital Trust (Co
17202 North Bridge Ct.
Spring, TX 77379


Tinerella, John P.
17369 FM 1774
Plantersville, TX 77363


Touchy, Carol A.
3702 Dumbarton
Houston, TX 77025


Truitt, Bryant David
P.O. Box 530
Hunt, TX 78024


Utter, Maxine S.
913 W. 2nd
Newport, WA 99156


Vancil, Denise
118 Gorham Court
North Aurora, IL 60542


Vandenbush, Carroll A & Angeline C
405 E. Briar Ln.
Green Bay, WI 54301


Wagner, Nathan
611 Ashe Avenue
Cary, NC 27511


Wagner, William J.
21 N. Locust St.
Aurora, IL 60506

Walter & Sandra Rosen, JTWROS
49 Brian Hollow
Houston, TX 77027


Westrick, Robert J.
323 N. Shore Dr.
Lake Waakomis, MS 64151


Windsor, Thomas D.
4804 Beech
Bellaire, TX 77401


Wishart Living Trust Dated June 15, 2004
488 Riverdale Dr.
Oneida, WI 54155


Withrow, Stanley H.
P.O. Box 180133
Delafield, WI 53018


Woodward, Julia B.
P.O. Box 185
Casper, WY 82602


Wright, Dorothy
16802 Burwood Way
Houston, TX 77058


Zacherle, Christine J.
6118 N. Washington
Spokane, WA 99205